IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MANTUA COMMUNITY PLANNERS, et al. | : : : | CIVIL ACTION NO. 12-4799 |
| v. | : : | |
| CITY OF PHILADELPHIA, et al. | : | |

## ORDER

AND NOW, this 13th day of June, 2016, upon consideration of a motion for summary judgment by defendants Jannie Blackwell and the City of Philadelphia (Dkt. No. 22), the response of plaintiffs Mantua Community Planners, Inc., Samantha Monroe and Reverend Dr. Andrew Jenkins (Dkt. No. 23) and defendants' reply (Dkt. No. 34), and consistent with the accompanying Memorandum of Law, it is ORDERED that defendants' motion is GRANTED and JUDGMENT IS ENTERED in favor of defendants Jannie Blackwell and the City of Philadelphia and against plaintiffs Mantua Community Planners, Inc., Samantha Monroe and Reverend Dr. Andrew Jenkins on plaintiffs' amended complaint in its entirety.

The Clerk of Court shall mark this case as closed for statistical purposes.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.